CROWDER v. INNIS *et ux.*

*Appeal from Des Moines District Court — Monday, June* 11.

DECREE for plaintiff below affirmed on the ground that it was sustained by the evidence — LOWE, Ch. J., delivering the opinion of the court.

*Browning & Tracy* for the appellant — *C. Ben Darwin* for the appellee.

---

ROBISON v. PATTERSON *et al.*

*Appeal from Dubuque District Court — Monday, June* 11.

THE judgment below for the plaintiff was affirmed upon the ground that the finding of the court was sustained by the evidence — WRIGHT, J., delivering the opinion of the court.

*Adams & Robinson* for the appellant — *Allison, Crane & Rood* for the appellee.

---

KLINE v. MOORE, Administrator.

*Appeal from Mahaska District Court — Thursday, June* 14.

PRACTICE: EVIDENCE: NOT IN RECORD.

THE decision was announced by —

COLE, J. — There were no exceptions taken to any ruling or decision of the court, save as to the overruling of the motion for new trial; and as to the grounds assigned for such motion, there is nothing in the record to show their truth. The evidence is not brought up, and there is no question made upon the transcript for us to determine. We can only order that the judgment stand

Affirmed.

*Needham & Lafferty* for the appellant — *Seevers & Williams* for the appellee.